UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM O'HARA,<br><br>            Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>            Defendants. | Civil Action No. 25-cv-03753 (TJK) |

**DEFENDANT'S CONSENT MOTION**
**TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT**

With Plaintiff's consent, Defendant District of Columbia (the District) respectfully moves the Court under Fed. R. Civ. P. 6(b)(1) to extend the time for the District and Metropolitan Police Department Officers Jim Campbell, Tiffany Brown, Edward Reyes-Benigno, and Alfonso Lopez Martinez (collectively, the District Defendants) to respond to the Complaint until January 9, 2026. A memorandum of points and authorities in support of this motion and a proposed order are attached for the Court's consideration.

Date:  November 18, 2025           Respectfully submitted,

                                   BRIAN L. SCHWALB
                                   Attorney General for the District of Columbia

                                   CHAD COPELAND
                                   Deputy Attorney General
                                   Civil Litigation Division

                                   */s/ Steven N. Rubenstein*
                                   STEVEN N. RUBENSTEIN [1013094]
                                   Chief, Civil Litigation Division Section V

                                   */s/ Aaron Finkhousen*
                                   AARON FINKHOUSEN [1010044]
                                   Assistant Attorney General
                                   400 Sixth Street, NW

Washington, D.C. 20001
(202) 717-1248
aaron.finkhousen@dc.gov

*Counsel for Defendant District of Columbia*

## **RULE 7(m) CERTIFICATION**

I hereby certify that I sought Plaintiff's consent to this motion. Plaintiff, through counsel, consents to this request.

*/s/ Aaron J. Finkhousen*
AARON J. FINKHOUSEN
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM O'HARA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 25-cv-03753 (TJK) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND
THE TIME TO RESPOND TO THE COMPLAINT**

Defendant District of Columbia (the District) respectfully submits this memorandum of points of authorities in support of its motion to extend the time for all of the District Defendants to respond to the Complaint under Fed. R. Civ. P. 6(b)(1) until January 9, 2026.[1] The District seeks additional time to complete its investigation of the allegations in the Complaint, to make determinations regarding representation of the individual District Defendants, and to explore the prospect of settlement.

Under Fed. R. Civ. P. 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if the request is made, before the

---

[1] While the Office of the Attorney General does not currently represent the individually named District Defendants, the District has an interest in ensuring that the rights of its employees are protected in connection with litigation resulting from their employment with the District. The requested extension will provide sufficient time for the District Defendants to determine whether they wish to request the government's representation, submit a request for representation, allow OAG to determine whether it will represent them, and allow them time to file an appropriate response to the Complaint.

original time or its extension expires." Here, the District submits this request before the expiration of the current deadline, and good cause supports this request.[2]

Plaintiff brings various claims related to the alleged suppression of his speech, including claims under the First and Fourth Amendments and at common law, in connection with his detention during a protest against the deployment of the National Guard. Compl. ¶¶ 47–54; 70–98. Plaintiff served the District with the Complaint on or about October 31, 2025. The District's deadline to respond to the Complaint is November 21, 2025. *See* October 31, 2025 Return of Service/Affidavit [5]. After service on the District, counsel for the parties met and conferred regarding simplifying service for the individual District Defendants and exploring the prospect of pre-discovery settlement. The District Defendants seek additional time to resolve any issues related to representation of the individual District Defendants, to ensure all of the MPD officers (excluding Defendant Devon Beck, who is not a District employee) will agree to waive personal service, to provide additional time for the District to conduct an investigation, and to enable the parties an opportunity to attempt to settle the dispute at minimal cost. If the prospect of settlement proves unlikely, the District Defendants will then need additional time to prepare a response to the Complaint and allow adequate time for supervisory and client review.

Plaintiff consents to the relief sought herein. Granting this motion will not prejudice any party and will promote a fair and efficient resolution to this case. Furthermore, granting the extension will not affect any other deadlines, as there are none at this time.

For these reasons, the District respectfully requests that the Court grant this motion.

Date: November 18, 2025                     Respectfully submitted,

---

[2] The District conferred with opposing counsel and received consent on November 13, 2025, but did not prepare this motion in time to file it four days before the current deadline, in line with the Court's Standing Order at ¶ 10 [7]. The District apologizes to the Court for this oversight.

2

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Steven N. Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Chief, Civil Litigation Division Section V

*/s/ Aaron Finkhousen*
AARON FINKHOUSEN [1010044]
Assistant Attorney General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 717-1248
aaron.finkhousen@dc.gov

*Counsel for Defendant District of Columbia*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM O'HARA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 25-cv-03753 (TJK) |

### ORDER

Upon consideration of Defendant District of Columbia's Consent Motion to Extend the Time to Respond to the Complaint, Plaintiff's consent, the entire record, and for good cause shown, it is this _____ day of _____ 2025, hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Defendants District of Columbia, Jim Campbell, Tiffany Brown, Edward Reyes-Benigno, and Alfonso Lopez Martinez shall answer, move, or otherwise respond to the Complaint by January 9, 2026.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JUDGE TIMOTHY J. KELLY
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　for the District of Columbia