**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAM O'HARA, | |
| **Plaintiff,** | |
| | **Civil Action No. 25-cv-03753 (TJK)** |
| v. | |
| DISTRICT OF COLUMBIA, *et al.*, | |
| **Defendants.** | |

**DEFENDANTS' SECOND CONSENT MOTION
TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT**

With Plaintiff's consent, Defendants District of Columbia (the District), Officers Jim Campbell, Tiffany Brown, Edward Reyes-Benigno, and Alfonso Lopez Martinez (collectively the District Defendants) respectfully move the Court under Fed. R. Civ. P. 6(b)(1) to extend the time for the District Defendants to respond to the Complaint until February 9, 2026. A memorandum of points and authorities in support of this motion and a proposed order are attached for the Court's consideration.

Date: January 5, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Steven N. Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Chief, Civil Litigation Division Section V

*/s/ Aaron Finkhousen*
AARON FINKHOUSEN [1010044]
Assistant Attorney General
400 Sixth Street, NW

Washington, D.C. 20001
(202) 717-1248
aaron.finkhousen@dc.gov
*Counsel for Defendant District of Columbia*

## RULE 7(m) CERTIFICATION

I hereby certify that I sought Plaintiff's consent to this motion.  Plaintiff, though

counsel, consents to this request.


*/s/ Aaron J. Finkhousen*
AARON J. FINKHOUSEN
Assistant Attorney General

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAM O'HARA, | |
| **Plaintiff,** | |
| v. | **Civil Action No. 25-cv-03753 (TJK)** |
| DISTRICT OF COLUMBIA, *et al.*, | |
| **Defendants.** | |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF DEFENDANTS' SECOND CONSENT**
**MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT**

Defendants District of Columbia (the District), Officers Jim Campbell, Tiffany Brown, Edward Reyes-Benigno, and Alfonso Lopez Martinez (collectively the District Defendants) respectfully submit this memorandum of points of authorities in support of their consent motion to extend the time for all of the District Defendants to respond to the Complaint under Fed. R. Civ. P. 6(b)(1) until February 9, 2026.  The District Defendants seek additional time to explore the prospect of settlement.

Under Fed. R. Civ. P. 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if the request is made, before the original time or its extension expires."  Here, the District Defendants submit this request before the expiration of the current January 9, 2025 deadline, and good cause supports this request.

Plaintiff Sam O'Hara seeks compensation arising from his detainment during a protest of the deployment of the National Guard.  Compl. ¶¶ 47–54.  Plaintiff brings various claims related to the alleged suppression of his speech, including claims under the First and Fourth Amendments and at common law.  Compl. ¶¶ 70–98.  Plaintiff served the District with the

Complaint on or about October 31, 2025. Counsel for the parties met and conferred regarding simplifying service for the District Defendants and exploring the prospect of pre-discovery settlement. The District's deadline to respond to the Complaint is January 9, 2026. *See* Nov. 20, 2025 Minute Order. Plaintiff effected service on the remaining non-District defendant, Devon Beck, on December 20, 2025. The District Defendants received a comprehensive settlement demand from Plaintiff during the week of December 29, 2025. The District Defendants are now evaluating the demand and preparing a response. To avoid unnecessary costs of litigation, the District Defendants seek an additional 30 days to pursue settlement.

Plaintiff consents to the requested relief, on the condition that Defendants Campbell, Reyes-Benigno, and Martinez agree to waive service; the Defendant Officers have agreed to do so. Granting this motion will therefore not prejudice any party and will promote a fair and efficient resolution of this case.

For these reasons, the District respectfully requests that the Court grant this motion.

Date: January 5, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Steven N. Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Chief, Civil Litigation Division Section V

*/s/ Aaron Finkhousen*
AARON FINKHOUSEN [1010044]
Assistant Attorney General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 717-1248
aaron.finkhousen@dc.gov

2

3

*Counsel for District Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SAM O'HARA,** | |
| **Plaintiff,** | **Civil Action No. 25-cv-03753 (TJK)** |
| **v.** | |
| **DISTRICT OF COLUMBIA,** *et al.*, | |
| **Defendants.** | |

## ORDER

Upon consideration of Defendants' Second Consent Motion to Extend the Time to Respond to the Complaint, Plaintiff's consent, the entire record, and for good cause shown, it is this _____ day of _____ 2026, hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and it is further

**ORDERED** that Defendants District of Columbia, Jim Campbell, Tiffany Brown, Edward Reyes-Benigno, and Alfonso Lopez Martinez shall answer or otherwise respond to the Complaint by February 9, 2026.

**SO ORDERED.**

_____
JUDGE TIMOTHY J. KELLY
United States District Court
for the District of Columbia