UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM O'HARA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEVON BECK, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-3753 (TJK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant Beck's Status Report, and the entire record herein, it is hereby

ORDERED that, no later than January 21, 2026, Plaintiff shall file proof of service on the United States in accordance with Federal Rule of Civil Procedure 4(i)(1) and 4(i)(3), or shall show cause why the claims against Defendant Beck should not be dismissed without prejudice for insufficient service of process pursuant to Federal Rule of Civil Procedure 4(m) and 12(b)(5); and it is further

ORDERED that Defendant Beck's deadline to answer or otherwise respond to the Complaint is EXTENDED to sixty (60) days from the date Plaintiff completes service in the manner required by Federal Rule of Civil Procedure 4(i)(3).

　　SO ORDERED:


_____　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　TIMOTHY J. KELLY
　　　　　　　　　　　　　　　　　　　　　United States District Judge