UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM O'HARA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-cv-03753 (TJK) |

### DISTRICT DEFENDANTS' CONSENT MOTION FOR A PARTIAL STAY

　　With Plaintiff's consent, Defendants District of Columbia (the District), Officers Jim Campbell, Tiffany Brown, Edward Reyes-Benigno, and Alfonso Lopez Martinez (collectively the District Defendants) respectfully move the Court to partially stay the case as against the District Defendants. The District Defendants and Plaintiff have reached a settlement agreement in principle and have agreed to certain discovery, but they wish to complete the discovery before finalizing the settlement agreement. For this reason, this motion seeks a 90-day stay of all deadlines related to the District Defendants. A memorandum of points and authorities in support of this motion and a proposed order are attached for the Court's consideration.

Date:  February 23, 2026　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN L. SCHWALB
　　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　　　CHAD COPELAND
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　　*/s/ Steven N. Rubenstein*
　　　　　　　　　　　　　　　　　　　　STEVEN N. RUBENSTEIN [1013094]
　　　　　　　　　　　　　　　　　　　　Chief, Civil Litigation Division Section V

　　　　　　　　　　　　　　　　　　　　*/s/ Aaron Finkhousen*

        AARON FINKHOUSEN [1010044]
        Assistant Attorney General
        400 Sixth Street, NW
        Washington, D.C. 20001
        (202) 717-1248
        aaron.finkhousen@dc.gov
        *Counsel for Defendant District of Columbia*

**RULE 7(m) CERTIFICATION**

  I hereby certify that I sought Plaintiff's consent to this motion. Plaintiff, through counsel, consents to this request.

        */s/ Aaron J. Finkhousen*
        AARON J. FINKHOUSEN
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM O'HARA,<br><br>                    **Plaintiff,**<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>                    **Defendants.** | Civil Action No. 25-cv-03753 (TJK) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT DEFENDANTS' CONSENT MOTION FOR A PARTIAL STAY

Defendants District of Columbia (the District), Officers Jim Campbell, Tiffany Brown, Edward Reyes-Benigno, and Alfonso Lopez Martinez (collectively the District Defendants) respectfully submit this memorandum of points of authorities in support of their consent motion for a partial stay.  The District Defendants seek a 90-day stay of deadlines related to them so that they can produce records requested by Plaintiff and finalize their settlement agreement.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also Stone v. Immigration and Naturalization Serv.*, 514 U.S. 386, 411 (1995) ("[W]e have long recognized that courts have inherent power to stay proceedings.").  When determining whether a stay is appropriate, the court "must weigh competing interests and maintain an even balance." *Landis*, 299 U.S. 254–55.

Plaintiff Sam O'Hara seeks compensation arising from his detainment during a protest of the deployment of the National Guard.  Compl. ¶¶ 47–54.  Plaintiff brings various claims related to the alleged suppression of his speech, including claims under the First and Fourth

Amendments and at common law. Compl. ¶¶ 70–98. The District Defendants have reached a settlement agreement in principle with Plaintiff that would require the District to produce certain categories of documents.[1] The settlement agreement also includes additional terms. To facilitate the settlement, the parties believe that producing the records before dismissing the claims is in the best interests of all parties and would ensure maximum judicial efficiency.

Plaintiff consents to the requested relief. Granting this motion will therefore not prejudice any party and will promote a fair and efficient resolution of this case. And because the stay does not affect Plaintiff's claims against Defendant Beck, no delay in the final resolution of the matter would occur.

For these reasons, the District respectfully requests that the Court grant this motion.

Date: February 23, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Steven N. Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Chief, Civil Litigation Division Section V

*/s/ Aaron Finkhousen*
AARON FINKHOUSEN [1010044]
Assistant Attorney General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 717-1248
aaron.finkhousen@dc.gov

*Counsel for District Defendants*

---

[1] Plaintiff and the District Defendants are still discussing the scope of the request for one category of records.

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM O'HARA,<br><br>            **Plaintiff,**<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>            **Defendants.** | Civil Action No. 25-cv-03753 (TJK) |

### ORDER

Upon consideration of District Defendants' Consent Motion for a Partial Stay, Plaintiff's consent, the entire record, and for good cause shown, it is this _____ day of _____ 2026, hereby

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that the claims against Defendants District of Columbia, Jim Campbell, Tiffany Brown, Edward Reyes-Benigno, and Alfonso Lopez Martinez (District Defendants) shall be **STAYED** for 90 days; and it is further

**ORDERED** that the District Defendants and Plaintiff shall file a joint status report on or before May 24, 2026, proposing a schedule for further proceedings, if the District Defendants and Plaintiff have not filed a stipulation of dismissal before then.

**SO ORDERED.**

_____
JUDGE TIMOTHY J. KELLY
United States District Court
for the District of Columbia