UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

Plaintiff,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Civil Action No. 1:25-cv-03005-JMC

## DECLARATION OF COLONEL LAWRENCE M. DOANE

I, Colonel Lawrence M. Doane, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member of the District of Columbia Army National Guard (DCARNG).

2.      I submit this declaration in support of Defendants' opposition to Plaintiff's motion for a preliminary injunction. I base this declaration upon my personal knowledge, as well as knowledge made available to me in the course of my official duties.

### The Current Task Force District of Columbia Mission

3.      On August 11, 2025, by order of Brigadier General Leland Blanchard, II, Commanding General, DCNG, I was assigned as Commander, Joint Task Force District of Columbia (JTF-DC), as part of Operation "Make DC Safe and Beautiful." All individuals working under JTF-DC are members of the DCNG (either Air and Army) or a State National Guard. During the first few days of command my immediate commander was Brigadier General Craig Maceri, DCNG Land Component Commander, with Brigadier General Blanchard in overall command of the operation. Currently, I report directly to Brigadier General Blanchard who remains in overall command of the operation.

4.      The JTF-DC mission is to provide support to law enforcement agencies including but not limited to the United States Marshals Service (USMS), the United States Park Police (Park Police), and the District of Columbia Metropolitan Police Department (DC-MPD) as part of Operation "Make DC Safe and Beautiful." JTF-DC conducts operations in accordance with employment guidance issued in the August 20, 2025 Secretary of Defense Memorandum. *See* Attachment 1. This guidance states that National Guard Service Members who are participating in this mission are not authorized:

- To effect arrests or engage in other similar direct law enforcement activity.

- To share equipment with law enforcement agencies.

- To use intelligence, surveillance, and reconnaissance (ISR) assets or to conduct ISR or incident, awareness, and assessment activities.

- To employ helicopters or any other air assets.

5.      The employment guidance also provides that DCNG personnel and out-of-district forces supporting law enforcement agencies will be armed with their service-issued weapon(s).

6.      National Guard forces supporting law enforcement within the District of Columbia as part of Operation Make DC Safe and Beautiful act as a presence to deter crime, report any crime they witness to law enforcement, and assist law enforcement in other support missions when requested. JTF-DC personnel acting as a presence free up law enforcement officers who would normally be used to ensure a presence in these areas to do other missions. For example, JTF-DC forces provide a presence to observe and report events on the National Mall which allows the National Park Police to send officers to patrol other locations. DCNG personnel also provide a presence in and around Metro stations freeing Metro Transit Police to patrol other areas and do other duties.

7.      All members of JTF-DC are sworn in as Special Deputies by USMS before participating in any operation. The USMS special deputation appointment authorizes service members to carry their service-issued weapon, and states that service members are not authorized to conduct searches, seizures, arrests, or other similar functions. JTF-DC personnel, if they witness a crime, may temporarily detain an individual until law enforcement arrives. The decision of whether to arrest an individual, and any investigation of the underlying incident, are solely the responsibility of the supported law enforcement agency.

8.      JTF-DC initially was composed of DCNG service members only. On 16 August 2025, out-of-district forces began to be assigned to JTF-DC. Currently, JTF-DC consists of personnel from the DCNG and the following states in the following numbers: South Carolina – 256, West Virginia - 339, Mississippi – 178, Louisiana – 139, Tennessee – 173, Ohio – 150.

9.      As JTF-DC Commander, I have direct command and control over DCNG personnel. I exercise coordinating and tasking authority over the out of district forces participating in this mission. All out-of-district forces are participating in this mission with the consent of their state Governors and remain under the administrative command and control of their sending state Adjutants General and ultimately their State Governors. All tasks assigned to out-of-district forces are within parameters set by their State Governors. For example, I cannot assign Ohio National Guard Forces crowd control tasks, and no out of district forces can be assigned beautification missions. All out of district forces are assigned tasks by JTF-DC and only participate in law enforcement support tasks. Out of district forces may be withdrawn, or their operations further limited by their State Governors at any time. DCNG has no disciplinary or administrative authority over these forces. Any out of state force can refuse any task assigned to them should their Governor or Adjutant General object to the assignment.

- 3 -

10.     JTF-DC began operations on August 11, 2025. Initially JTF-DC's operations were conducted in support of the Park Police and USMS. Operations were conducted unarmed and were in and around National Park Service controlled property, specifically the National Mall and Washington, D.C. Union Station. On 24 August 2025, JTF-DC's operations became armed and were expanded to include providing a presence at large public gatherings, specific sporting events, and in high foot traffic and retail areas around and near the National Mall, Union Station, and downtown Washington, DC.

**Task Force District of Columbia's Integration with the District**

11.     On 25 August 2025, I started attending a daily multiagency coordination meeting with the USMS, Park Police, DC-MPD, and the Washington Metro Transit Police Department. As result of these meetings, I have been in daily contact with Commander Jason Bagshaw, of DC-MPD's Special Operations Division to coordinate JTF-DC operations in support of DC-MPD. These meetings are held daily at the United States Park Police Headquarters located at 1901 Anacostia Drive, Washington DC.  In addition, two DC-MPD liaisons are assigned to the JTF-DC Operations Center located at the DCNG Armory to ensure coordination and cooperation between the DC-MPD and JTF-DC.

12.     In furtherance of JTF-DC's cooperation with DC-MPD, DC-MPD provides JTF-DC an Officer Awareness Packet each day. These packets include "Be on the Look Out" notices for suspects as well as any planned DC-MPD operations that may affect JTF-DC. In addition, DC-MPD provides daily updates on the location and frequency of reported crime within the District of Columbia. DC-MPD also provides a police escort to JTF-DC forces when they are transported from their staging area to their operating area.

13.     JTF-DC conducts operations such as area security in direct support of the USMS and Park Police. Outside of these preplanned operations, JTF-DC has maintained an enduring partnership with DC-MPD for many years. This enduring partnership enhances interoperability for National Special Security Events and other civil support missions the DCNG conducts at the request of DC-MPD.  These operations have included support to the District for the annual 4th of July celebrations, Presidential Inaugurations, and the civil disturbances in the summer of 2020, among others.

14.     For the ongoing mission and from a tactical standpoint, JTF-DC personnel are instructed to call 9-1-1 whenever they witness a crime, a person in distress, or other emergency that requires a police response. The 9-1-1 operator then dispatches DC-MPD officers to the scene. DC-MPD then contacts the JTF-DC Operations Center to coordinate their response and to connect the responding DC-MPD officers with the JTF-DC personnel on site. At all times, JTF-DC works in coordination with and with the full support of DC-MPD. All JTF-DC operations are vetted and approved by supported law enforcement partners.

### Joint Publication 3-28

15.     Attached as Attachment 2 is Joint Publication 3-28, Defense Support to Civil Authorities, dated 31 July, 2013. This document outlines the principles and doctrine that DOD forces follow when conducting defense support to civil authorities within the United States.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day of September 2025.


_____
LAWRENCE M. DOANE, Colonel, DCARNG
Commander

- 6 -

Attachments:

1.  SECDEF Employment Guidance Memorandum, dated 20 August 2025

2.  Joint Publication 3-28, Defense Support to Civil Authorities, dated 31 July 2013