

**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

AUG 2 0 2025

MEMORANDUM FOR SECRETARY OF THE ARMY
                UNDER SECRETARY OF DEFENSE (COMPTROLLER)
                CHIEF NATIONAL GUARD BUREAU

SUBJECT:  Employment Guidance for the District of Columbia National Guard and Out-of-
          District National Guard Service Members

I authorized D.C. National Guard (DCNG) Service members (SMs) to support the D.C. Metropolitan Police Department (MPD) as it coordinates with law enforcement agencies (LEAs) to help lower the crime rate in Washington, D.C.  DCNG SMs will conduct this mission in a duty status pursuant to 32 U.S.C. § 502(f) and subject to the conditions in this memorandum.  I also authorized the activation of up to 1,400 National Guard SMs from Louisiana, Mississippi, Ohio, South Carolina, Tennessee, and West Virginia to provide support to the Department of Justice (DOJ).

In addition to DCNG support of MPD, the Secretary of the Army may approve the use of DCNG SMs to support Federal law enforcement agencies within the District of Columbia upon the written request of the Federal law enforcement agency.  The Secretary of the Army also may waive the requirement for reimbursement under 10 U.S.C. § 277(b) if he determines the standard in 10 U.S.C. § 277(c) for such a waiver is met.  The Secretary of the Army will provide the Under Secretary of Defense for Policy with copies of such requests and approvals.  If the Secretary of the Army approves support to the Department of Homeland Security (DHS) or a DHS component, he will ensure that he complies with section 1707 of the National Defense Authorization Act for Fiscal Year 2020.

The Under Secretary of Defense (Comptroller) will facilitate and prioritize funding through existing procedures, including a reprogramming action to cover the costs of deployment, to include lodging, per diem, pay, and allowances, for the activation of United States Army personnel assigned to the DCNG in support of MPD and, if the Secretary of the Army waives the requirement for reimbursement in accordance with 10 U.S.C. § 277(c), in support of Federal law enforcement agencies.

Given that the President has exercised his power under section 740(a) of the D.C. Home Rule Act (section 1-207.40 of the D.C. Code) and the MPD is now in support of the Attorney General of the United States, the Secretary of the Army will determine DCNG missions in support of MPD based on information from the Attorney General of the United States.

I direct and authorize the Chief of the National Guard Bureau (CNGB) to work with appropriate officials from the States and territories to identify NG units to provide such support. To the maximum extent possible, supporting States and territories should identify coherent units

with a sufficient number of commissioned and noncommissioned officers to coordinate support activities. Upon appropriate authorization for support to Federal law enforcement agencies in D.C., the CNGB will convey my request to appropriate Governors, through their respective Adjutants General that they order their respective NG service members to duty under 32 U.S.C. § 502(f) to assist the Department of Defense in providing support requested by a Federal law enforcement agency.

At all times, any supporting out-of-district NG personnel will remain under the administrative command and control of their State Governor. The Secretary of the Army, through the Interim Commanding General of the DCNG, will coordinate the employment of DCNG and any other NG forces employed in the District of Columbia in a duty status pursuant to 32 U.S.C. § 502(f) by assigning tasks for supporting NG service members, consistent with the guidance of the supported law enforcement agency.

Unless provided written authorization from the Secretary of Defense, NG service members activated under 32 U.S.C. § 502(f) are not authorized to:

- To effect arrests or engage in other similar direct law enforcement activity. This restriction does not preclude the Secretary of the Army from authorizing the use of NG personnel to conduct the full range of civil disturbance operations, short of arrest.

- To share equipment with law enforcement agencies.

- To use intelligence, surveillance, and reconnaissance (ISR) assets or to conduct ISR or incident, awareness, and assessment activities.

- To employ helicopters or any other air assets.

DCNG personnel and out-of-district SMs supporting LEAs will be armed with their service-issued weapon(s).

Supporting Governors or other appropriate officials directing supporting NG SMs will adhere to the DCNG Rules for the Use of Force (RUF) subject to my authorization of out-of-district NG SMs to conduct this mission in a 32 U.S.C. § 502(f) duty status.

When employed, NG SMs will be in their military uniforms and clearly marked and/or distinguished from civilian law enforcement personnel.

At all times, DCNG SMs will remain under the operational and administrative command and control of the Interim Commanding General of the DCNG, who reports to the Secretary of Defense through the Secretary of the Army and will adhere to DCNG RUF.

If the CNGB believes support under this activation will, now or in the future, adversely affect military preparedness of the United States, the CNGB is directed to notify the Chairman of the Joint Chiefs of Staff (CJCS), who will make an appropriate assessment consistent with 10 U.S.C. § 153. This is an ongoing notification requirement for the duration of the mission.

2

Upon completion of this mission, please work with the Interim Commanding General, DCNG, to prepare and submit an after-action report to the Under Secretary of Defense for Policy.

cc:
United States Attorney General
Secretary of the Air Force
Chairman of the Joint Chiefs of Staff
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness
General Counsel of the Department of Defense
Assistant Secretary of Defense for Homeland Defense and Hemispheric Affairs
Interim Commanding General, DCNG