**MEMORANDUM OF UNDERSTANDING**
BETWEEN
THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
AND
THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION
MAKE D.C. SAFE AND BEAUTIFUL
MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

    1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2.    32 U.S.C. § 502(f).

    1.3.    DC Code § 5-129.03.

    1.4.    DC Code § 5-205.

    1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make D.C. Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement. This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshal Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols. No term or provision in this MOU shall be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

3.1. The Parties agree to accept forces from other jurisdictions to perform duties in support of Operation Make D.C. Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2. The Commanding General of the DCNG will

1

assume the lead role in coordinating the Joint Reception Staging Onward Movement and Integration and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutant General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.   The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should one be issued.

3.4.   Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.   All National Guard forces participating in activities supporting Operation Make D.C. Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.   All National Guard members participating in Operation Make D.C. Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.   Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources. No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU. This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives. This MOU will be reviewed as needed based on the duration of operations.

4.3. DISPUTES. Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING. This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING. It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE. This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE. This MOU terminates upon completion of operations and redeployment of personnel to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES. Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.

APPROVED:

LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO for DC

JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO for WV

ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

SCHWADE.JOSEP  Digitally signed by
H.ALAN.1205997  SCHWADE.JOSEPH.ALAN.120
691  5997691
Date: 2025.09.08 10:30:33
-04'00'

MATTHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for OH

WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

4