**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SAM O'HARA,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 25-cv-03753 (TJK)** |
| **DISTRICT OF COLUMBIA,** *et al.*, | |
| **Defendants.** | |

**JOINT STATUS REPORT BY PLANTIFF AND DEFENDANTS DISTRICT OF COLUMBIA, OFFICERS CAMPBELL, BROWN, REYES-BENIGNO, AND MARTINEZ**

On February 23, 2026, the Court granted Defendants' District of Columbia (the District), Officers Jim Campbell, Tiffany Brown, Edward Reyes-Benigno, and Alfonso Lopez Martinez (collectively the District Defendants) consent motion for a partial stay. Feb. 23, 2026 Minute Order. The Court further ordered the parties to submit a joint status report on or before May 22, 2026 informing the Court of how the parties wish to proceed. *Id*.

The parties seek a thirty-day extension of the partial stay. As the District informed the Court in its motion, the parties have reached a settlement agreement, one of the conditions of which requires the District to provide discovery to Plaintiff. The District has completed its review of the records and is processing the records for production to Plaintiff. Granting this extension will permit Plaintiff sufficient time to review the production and for the parties to confer regarding any other issues prior to finalizing their settlement agreement.

Date:  May 21, 2026

Respectfully submitted,

*/s/ Michael Perloff*
Michael Perloff (D.C. Bar No. 1601047)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia

529 14th Street NW, Ste. 722
Washington, D.C. 20045
Tel: (202) 457-0800
mperloff@acludc.org

*Counsel for Plaintiff Sam O'Hara*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Steven N. Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Chief, Civil Litigation Division Section V

*/s/ Aaron Finkhousen*
AARON FINKHOUSEN [1010044]
Assistant Attorney General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 717-1248
aaron.finkhousen@dc.gov

*Counsel for the District Defendants*

2