**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

SAM O'HARA,

               Plaintiff,

               v.

DEVON BECK et al.,

               Defendants.

Case No. 25-cv-03753

**PLAINTIFF'S CONSENT MOTION TO ENLARGE THE BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b), and on account of a death in lead counsel's family, Plaintiff O'Hara respectfully moves for a three-day extension on his deadline to oppose Defendant Beck's pending motion to dismiss, with a corresponding three-day extension on Defendant Beck's deadline to reply to that opposition. If the Court grants this motion, Plaintiff's opposition deadline would move from June 15 to June 18, 2026, and Defendant Beck's reply deadline would shift from June 29 to July 2, 2026. Defendant Beck consents to this request, as do the other defendants (i.e., the District and the individual Metropolitan Police Department officers).

Rule 6 authorizes the Court to extend any deadline for good cause, and that standard is met here. Lead counsel's aunt passed away late last week. He traveled to New York this week to attend the funeral and grieve with his family. Plaintiff asks for three extra days to enable lead counsel to complete the brief and do justice to the important constitutional and color-of-law issues raised by Defendant Beck's motion.

Defendants will suffer no prejudice as they have consented to this request.

Consistent with the Court's standing order, Plaintiff notes that this is Plaintiff's second request for an extension, following a 30-day extension that the court granted last month. Plaintiff

has consented to three requests for extensions (a 49-day request, a 30-day request, and a 14-day request) on the answer deadline for the District and its officers, as well as a partial stay with the same parties (and an extension of that stay), to finalize a settlement agreement between Plaintiff and the District and its officers. Plaintiff also consented to two 30-day extension requests and a six-day extension request on the answer deadline filed by Defendant Beck.

For the reasons stated, Plaintiff's motion should be granted.

Dated: June 10, 2026                              Respectfully submitted,

                                                  /s/ Scott Michelman
                                                  Scott Michelman (D.C. Bar No. 1006945)
                                                  American Civil Liberties Union Foundation
                                                  of the District of Columbia
                                                  529 14th Street NW, Ste. 722
                                                  Washington, D.C. 20045
                                                  (202) 457-0800
                                                  smichelman@acludc.org

                                                  *Counsel for Plaintiff*