**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM O'HARA,

      Plaintiff,

            v.                        Civil Action No. 1:25-cv-03753

DEVON BECK, et al.,

      Defendants.

**NOTICE OF SETTLEMENT**

Plaintiff hereby notifies the Court that he has reached a settlement with Defendants District of Columbia, Campbell, Brown, Reyes-Benigno, and Lopez Martinez. Within three business days of payment of the settlement amount agreed to by these Defendants as set forth fully in the agreement, the Plaintiff will file a notice of dismissal with prejudice as to these Defendants.

This settlement does not affect in any way Plaintiff's claims against Defendant Beck, which remain live, subject to the resolution of Beck's pending motion to dismiss.

Dated: June 25, 2026               Respectfully submitted,

                                   */s/ Scott Michelman*
                                   Scott Michelman (D.C. Bar No. 1006945)
                                   American Civil Liberties Union Foundation
                                   of the District of Columbia
                                   529 14th Street NW, Ste. 722
                                   Washington, D.C. 20045
                                   (202) 457-0800
                                   smichelman@acludc.org

                                   *Counsel for Plaintiff*