UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM O'HARA,

        Plaintiff,

    v.

DEVON BECK, et al.,

        Defendant.

Civil Action No. 25-03753 (TJK)

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), through undersigned counsel, Defendant Beck respectfully moves for an extension of time, through and including July 16, 2026, to file a Reply to Plaintiff's Opposition to Defendant Beck's Motion to Dismiss. This is Defendant Beck's first request for an extension of time in this matter. In accordance with Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel regarding this motion, and Plaintiff consents to the relief requested.

Rule 6(b)(1)(A) permits the Court, for good cause, to extend a deadline "with or without motion or notice" if the request is made before the original time expires. Good cause exists here. Undersigned counsel requires additional time to coordinate with appropriate agency representatives, review Plaintiff's opposition, research the issues raised therein, and prepare Defendant Beck's reply. In addition, due to other pending deadlines, additional time is necessary to formulate an appropriate filing for the Court's consideration. Plaintiff consents to the requested extension, and the brief extension will not prejudice Plaintiff or affect any other scheduled deadline.

Accordingly, Defendant Beck respectfully requests that the Court extend his deadline to file a reply in support of Defendant Beck's Motion to Dismiss through and including July 16, 2026. A proposed order accompanies this motion.

A proposed order accompanies this motion.

Dated: June 28, 2026
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Brian C. Tracy* _____
        BRIAN C. TRACY, NE Bar #25379
        Special Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2574
        brian.tracy@usdoj.gov

*Attorneys for the United States of America*

- 2 -