UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM O'HARA,

Plaintiff,

v.                                                      Civil Action No. 25-3753 (TJK)

DEVON BECK, et al.,

Defendants.

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Zachary C. Simons and remove the appearance of Special Assistant United States Attorney Brian C. Tracy as counsel for Defendant Devon Beck in the above-captioned case.

Dated: July 20, 2026                        Respectfully submitted,


By:  _____ */s/ Zachary C. Simons* _____
      ZACHARY C. SIMONS
      DC Bar No. 1736166
      Special Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 730-6967
      zachary.simons@usdoj.gov

      *Attorney for the United States of America*