**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM O'HARA,

Plaintiff,

v.

DEVON BECK, et al.,

Defendants.

Civil Action No. 1:25-cv-03753

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DISTRICT DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and in accordance with Plaintiff Sam O'Hara's Notice of Settlement, Dkt. 27, Mr. O'Hara files this notice voluntarily dismissing with prejudice all claims against Defendant District of Columbia as well as all claims against District Officers Campbell, Brown, Reyes-Benigno, and Lopez Martinez, as these defendants and Mr. O'Hara consummated a settlement. Defendant Beck was not a party to the settlement agreement and Mr. O'Hara intends to continue prosecuting his claims against him. Thus, this notice does not dismiss the claims against Defendant Beck.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Michael Perloff*
Michael Perloff (D.C. Bar No. 1601047)
Scott Michelman (D.C. Bar No. 1006945)
Josh Alpert*
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Ste. 722
Washington, D.C. 20045
Tel: (202) 457-0800
mperloff@acludc.org

*Admitted in CA; practice supervised by
D.C. Bar Members

*Counsel for Plaintiff Sam O'Hara*